

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

### JUDGMENT

Kent R. Ohlhausen,      * From the County Court
              at Law No. 2 of Taylor County,
              Trial Court No. 5414.

Vs. No. 11-15-00171-CV      * September 17, 2015

Capital One Bank (USA), N.A.,    * Per Curiam Memorandum Opinion
              (Panel consists of: Wright, C.J.,
              Willson, J., and Bailey, J.)

   This court has considered Kent R. Ohlhausen's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Kent R. Ohlhausen.